ORDER AND JUDGMENT *
PER CURIAM.
Defendant-Appellant Camille Suzanne Lente pleaded guilty to three counts of involuntary manslaughter in violation of 18 *699 U.S.C. §§ 13, 1153, and 1112, and one count of assault resulting in serious bodily injury in violation of 18 U.S.C. §§ 1153 and 113(a)(6). The district court sentenced Ms. Lente to 216 months’ imprisonment, which was 159 months above the upper end of the Guidelines range of 46 to 57 months. On appeal, Ms. Lente contends that her sentence is substantively unreasonable; that the government breached its plea agreement; and that the district court erroneously enhanced her sentence based upon facts that were not proven beyond a reasonable doubt.
Judge Holmes would remand, holding that Ms. Lente’s sentence is substantively unreasonable. Judge Hartz would remand, holding that the government breached the plea agreement.
Accordingly, we REMAND to the district court with instructions to VACATE Ms. Lente’s sentence, and direct that Ms. Lente be resentenced by a different judge.
Judge McWILLIAMS dissents from the judgment and would affirm the sentence.

 This Order and Judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.